IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CR122 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ARMANDO BRAVO-BAEZ, | ) | |
| Defendant. | ) | |

Before the court is defendant's motion for leave to file his 28 U.S.C. § 2255 motion, Filing No. 28, in forma pauperis. Filing No. 29. There is no filing fee associated with a § 2255 motion. Consequently, defendant's motion shall be denied.

THEREFORE IT IS ORDERED that defendant's motion for in forma pauperis status to file his § 2255 motion is denied.

DATED this 4th day of May, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge