IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **8:04CR122** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| **ARMANDO BRAVO-BAEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the Memorandum and Order filed on this date,

IT IS ORDERED:

1.   That the defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion") (Filing No. 28) is dismissed with prejudice; and

2.   The Clerk is directed to mail a copy of this Judgment to the defendant at his last known address.

DATED this 5th day of December, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge